# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | | |
|---|---|---|
| Juan Pierre Griffin | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:17-cv-00008-JLQ |
| Every European Union Country, et al | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Complaint (ECF No. 1) and the claims therein are DISMISSED WITH PREJUDICE.
Judgment of dismissal of the Comoplaint (ECF No. 1) and the claims therein WITH PREJUDICE and without costs or attorneys' fees awarded to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Justin L. Quackenbush in an Order Dismissing Complaint as Frivolous and Baseless, Directing Entry of Judgment, and Closing File.

Date: 1/10/17

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler